WO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) No. MC 06-123 |
| v. | ) **ORDER ENFORCING SUMMONS** |
| WILLIAM R. FITZPATRICK, JR., | ) |
| Respondent. | ) |

Based upon the petition filed by the United States, the pleadings with respect thereto, the appearances of the parties before the Court and good cause appearing,

IT IS HEREBY ORDERED that enforcement of petitioner's Summons issued to Respondent William R. Fitzpatrick, Jr. is hereby granted based upon petitioner having met the United States v. Powell, 379 U.S. 48 (1964) criteria for Summons enforcement and respondent having failed to demonstrate that such enforcement would constitute an abuse of the Court's process or that the Summons was issued by the Internal Revenue Service for an improper purpose, and,

IT IS FURTHER ORDERED that Respondent William R. Fitzpatrick, Jr. shall produce documents and testimony deemed necessary by the IRS for the purpose of pursuing its limited investigation into possible misrepresentations, malfeasance or fraud related to the

1  possible misrepresentations, malfeasance or fraud related to the
2  9/9/04 Form 906 closing agreement within forty-five (45) days of
3  the date of this Order Enforcing Summons to the U.S. Attorney's
4  Office, Two Renaissance Square, 40 North Central Avenue, Suite
5  1200, Phoenix, AZ 85004-4408, or respondent shall contact Revenue
6  Agent Elizabeth A. Marriaga at (602) 207-8739 time and place to
7  produce documents and testimony required in the Summons within the
8  forty-five (45) days of the date of this order, and

9      IT IS FURTHER ORDERED that respondent may comply by
10 providing the testimony, and all documents and records as
11 identified more specifically in the Summons, Form 2039,
12 Respondent William R. Fitzpatrick, Jr. possesses or controls
13 regarding the federal income tax liabilities of William R.
14 Fitzpatrick, Jr. for the tax period ending December 31,
15 2001.

16     IT IS FURTHER ORDERED that respondent's non-compliance with
17 the terms and conditions of this order may serve as grounds for a
18 finding of civil contempt against him.

19     DATED this 26th day of March, 2007.

Robert C. Broomfield
Senior United States District Judge