1  **WO**

2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT
8                    FOR THE DISTRICT OF ARIZONA
9
10
11
12 | United States of America,    )
                                  )
13 |              Petitioner,     )   No. MC 06-00123-PHX RCB
                                  )
14 |     vs.                      )          O R D E R
                                  )
15 | William R. Fitzpatrick,      )
                                  )
16 |              Respondent.     )
                                  )
17

18     After considering the "Motion for Modification of Order, or,
19 in the Alternative, Stay of Order and Request for Expedited
20 Ruling," (doc. #15) by respondent William R. Fitzpatrick, the
21 court hereby ORDERS petitioner, the United States of America, to
22 serve respondent personally or via FAX, and to electronically file
23 with the court, petitioner's Response to this motion by no later
24 than 12:00 noon, Thursday, May 3, 2007.  Respondent's reply, if
25 any, shall be personally served or served via FAX and
26 . . .
27
28

1  electronically filed with the court by no later than 4:00 p.m.,
2  Friday, May 4, 2007.
3      IT IS ORDERED.
4      DATED this 30th day of April, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record